### No. 26562.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

## HUDSON v. STATE.

### No. 26558.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of driving a motor vehicle upon a public highway while intoxicated. Upon a plea of guilty his punishment was assessed by the court at a fine of $100, jury having been waived.

The record before this court contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.